WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
AYODEJI JONATHAN SANGODE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-MJ-00112-CKD |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER RE: MODIFICATION OF** |
| v. ) | **DEFENDANT'S CONDITIONS** |
| ) | **OF PRETRIAL RELEASE** |
| AYODEJI JONATHAN SANGODE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

With the Court's permission, the defendant Ayodeji Sangode requests, and the government does not oppose, that the release conditions imposed on Mr. Sangode on July 29, 2021, be modified to remove the following conditions:

**You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay** [1] **all or part of the costs of the program**

---

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

1 **based upon your ability to pay, as determined by the pretrial services officer; and**

2 **CURFEW: You must remain inside your residence every day from 10:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

This modification is necessitated by Mr. Sangode's desire to seek additional employment to enable him to afford his own apartment. Pretrial Services Officer Ali Mirgain is in support of this modification. At her request, a proposed Amended Conditions of Release is attached, reflecting the above-requested changes.

Additionally, it is requested that the court modify the conditions of release to impose a $25,000 unsecured bond on Mr. Sangode, which amount was suggested by Pretrial Services Officer Ali Mirgain, and which amount the government does not oppose. A copy of an executed appearance bond in this amount with Mr. Sangode's brother, Omotayo Micheal Sangode, co-signing as surety is attached. Pretrial Services Officer, Ali Mirgain, is in support of this modification.

All other terms and conditions of Mr. Sangode pre-trial release shall remain in effect.

//

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

**IT IS SO STIPULATED.**

DATED: October 25, 2021

/s/ William F. Portanova
_____
WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI SANGODE

DATED: October 25, 2021

/s/ Robert Artuz
_____
ROBERT ARTUZ
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: October 26, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**